Current Date : 4/30/12 .
Trial Date:

FILED

2012 APR 30 P 4: 04

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

In the United States District Court
for the Eastern District of Virginia
Alexandria Division

Plaintiff - Saad Usman Lodhi,
42590 Nations st, south riding, Va. 20152
703-628-8801

v.

Civil Action No 1:12 cv 485
TSE/TCB

Defendant- Fairfax County Police Department
4100 Chain bridge rd, Fairfax, Va. 22030
703-246-2253

## Malicious Prosecution

**1.** As of the following date _____, I - Plaintiff would like to bring forth 10 counts of allegations against Fairfax County Police Department in attempt to recover monetary damages as a result of the painful everlasting infliction that was caused through false malicious drug allegations made against me by this police department which ended up being dropped in my favor ultimately. So now its my turn to bring forth these following Allegations against the defendant:

Sexual Harassment, Malicious Prosecution, Defamation, False Arrest, False Imprisonment, Excessive Force/Brutality, Personal Injury, Personal Injury- Emotional, Discrimination, Negligence.

As of the moment, The amount of damages I am suing for under the legal federal cap for sexual harassment is *$40 million*. Keep in mind, this amount being claimed is just from    sexual harassment alone. If this defendant persists to fight this case, i would like to increase the damage claims on each and every single additional allegation that i mentioned (including punitive damages)- besides the sexual harassment allegation :) . *$40 million* is the starting monetary damages being claimed by the Plaintiff under the legal federal cap for sexual harassment.

The Eastern District Court of Virginia is the most appropriate court for me to bring up all these allegations against Fairfax County Police Department because justice has to be brought from a higher level, and i see the Federal Court as being a higher authority over the county courts. I would never bring these allegations up in Fairfax courthouse because there is no little bit of justice i can expect from these tyrants after they drove me to the point of being mentally and legally incapacitated

(schizophrenia).

I have suffered so much oppression and tyranny from these people that I HAVE SWORN TO BRING THESE PEOPLE TO JUSTICE- LEGALLY OR ILLEGALLY. I hope i dont have to take the illegal route because you cant even possibly imagine the effects of venom that will take place against the defendant if they fail to pay this debt. The Merchant of Venice is nothing compared to what i will do with these people :) .

2.   Here is the entire incident mentioned in details :

On   08/04/2008 - I was in tysons corner walking   towards my friends house where i parked my car and than officer Sepehri came with a flashlight and flashed it right at me and stopped me on the footpath. He asked me my name, i told him. He asked for my I.D. and i checked my pockets and told him that i dont have it. He started harassing me by saying: "Its in your pocket", so i emptied my pockets in front of him and showed him that i had nothing in it. He than asked me where my car was, and i told him that i parked it at my friends house. He asked me again about the I.D. and vehicle, and i told him that i dont have it and i'm not lieing. He   threw me on the ground really hard and he handcuffed me without even breathlyzing, and he said, i'm arresting you for 'drunk in public' when i wasnt even drunk.   He started asking my other friend questions, and finally told him to catch a cab and go home.

Anywayz I was taken to the Police Station and i was searched again, and they took off my belt. so anywayz, he took me to the magistrate, and the magistrate asked me questions relating to the arrest- so i cooperated and gave much answers as i could. Finally, i was charged with (Possession of Marijuana, Possession of Alcohol Underage, and Drunk In Public) and also a $5000 bond was placed on my head. I was sitting in the lobby, and the cop taunted me by saying : " I hope you have a good lawyer to help you" . I got mad and i stood up in front of his face looking him eye to eye, and than he grabbed me from the handcuffs and threw me on the chair and taunted me by saying : " dont worry, a 300 lb police officer is going to come and take care of you".

So i waited in the Lobby, until this huge police officer came and grabbed me from the arm and took me towards a solitary cell. While i was walking, my pants kept on falling down, and i kept pulling my pants up. This officer said to me :" Dont do that and keep your hands away". So i did it again, because i didnt want my pants to fall down and a matter of integrity pertaining to the surroundings. He grabbed my arm and twisted it upwards, I cried in severe pain. So anywayz he threw me in a single cell (R-CELL), and told me to perform sexual acts by taking off my pants- first i refused and than he started yelling at me . He kept on repeating this and I ended up doing so without resisting and i started crying, because i thought i was going to be raped. i never caught any charge like this before other than wreckless driving.

Anywayz, i was in a single cell for 2-3 days, there was no mattress, only bread 3 times a day, i couldnt sleep for days because it was cold, and there was no mattress, and there was noises coming from psychotic inmates the whole night. Finally, my uncle came and bonded me out after such a series of mental torture.

so anywayz months later, i missed the first court hearing, and i was tried while absent. So i appealed the

decision, and i went to Fairfax Circuit Court and i came with an attorney, and when we went to court, the 2 drug charges were dropped. The cop did not even show up in court, and the prosecutor said he was not going to pursue this case because of lack of evidence and me standing a quarter mile away from the bench where they found beer and a piece of marijuana..

The drug charges was finally dismissed in my favor, but in the process i suffered sexual harrasment, lost my job, suffered humiliation and trauma. If somebody did not bond me out, i would of been in jail for months till the court date.

3. At this point, no formal apology will be accepted from these people. The only apology that will be accepted is through compensation alone. I WANT REDEMPTION AND COMPENSATION OF MY DEBT IMMEDIATELY from these people. A decision on this case should be made within one day because i will bring a final disposition of the drug charges showing i was innocent and i shall bring medical records of my disability showing how i was mentally incapacitated by the actions of the defendant. I see no reason for this case to be continued further than a single trial, because there is nothing to argue about. The Damage they have caused to me has been done and cannot be reversed even if they agree to settle this case with money, but still i have considered this as the last option of forgiving these people without taking drastic measures.

   I have said this before and i'll say it again to the defendant when the promised time comes: "Fairfax County - Commonwealth Representatives, make no mistake-    you are the defendant and i am the plaintiff in this case.    If you fail to pay this debt on time- than no doubt i will turn every single penny against you people- so much to the point that this time you will be overwhelmed with power the same way you did to me twice. If you feel like you are not the appropriate defendant for this case, than step down and bring forth the real defendant and representative for fairfax county police department so we can talk very politely without the intention of malice slipping away " .

I have nothing further to ask from this court, the defendant will be given a fair warning so that they do not have the right to complain later on . The choice is up to the defendant if they would like to resolve this peacefully, or we can lead them deeper into the rabbit hole where there will be no way to escape ever again    :) .

If you read it up till this far, thankyou very much from the bottom of my heart, and let us wait for this trial to begin as i have waited for years shedding tears of malice over this incident.


*"The slip of the tongue is way more dangerous than the slip of the feet" - Caliph Usman.*

*"Excessive Politeness is a sign of Malice" - Caliph Usman .*

*"Letting Convicts get away with crimes they havent commited- leads them to becoming even more Dangerous Criminals " - Caliph Usman.*


Plaintiff :— *[signature]*